IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM A. ANSELL,**

    **Plaintiff,**

v.                                     CASE NO.  4:13-cv-454-MW/CAS

**MICHAEL CREWS, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORTS AND
RECOMMENDATIONS AND REMANDING TO MAGISTRATE**

This Court has considered, without hearing, two Reports and Recommendations of the Magistrate, ECF Nos. 30 and 32, along with the letter of Plaintiff, ECF No. 34, which this Court has construed as objections.  Accordingly

IT IS ORDERED:

As to ECF No. 30, the report and recommendation is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion.  The Plaintiff's Amended Motion Seeking Protection, ECF No. 29, construed as a motion for temporary restraining order, is **DENIED** because the persons identified in Plaintiff's motion are not Defendants in this case.

As to ECF No. 32, the Second Report and Recommendation is **accepted and adopted** as this Court's opinion.  Plaintiff's motion, ECF No. 31, construed as

1

another motion for temporary restraining order, is **DENIED** as the persons identified in the motion are not Defendants in this case.

This cause is **remanded to the Magistrate** for further proceedings.

**SO ORDERED on April 16, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**