IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM A. ANSELL,**

       **Plaintiff,**

v.                                           **CASE NO. 4:13cv454-MW/CAS**

**MICHAEL CREWS, et al.,**

       **Defendants.**

_____/

**ORDER ACCEPTING REPORT AND
RECOMMENDATION & DENYING PENDING MOTIONS**

    This Court has considered the Magistrate's Report and Recommendation, ECF No.48, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 52, Plaintiff's Motion for Appointment of Counsel, ECF No. 50, and Plaintiff's Motion to Extend Time, ECF No. 51.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. This Court also denies Plaintiff's request for an extension of time to hire a lawyer and his request for the appointment of counsel. The Clerk shall enter judgment stating, "Plaintiff's fifth amended complaint, ECF No. 45, is **DISMISSED** for failure to exhaust administrative remedies pursuant to

1

42 U.S.C. §1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). All pending motions, ECF Nos. 46, 50 and 51, are **DENIED**. The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on July 30, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**